UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

THE UNITED STATES OF AMERICA, THE STATE OF CALIFORNIA, THE STATE OF COLORADO, THE STATE OF CONNECTICUT, THE STATE OF FLORIDA, THE STATE OF ILLINOIS, THE STATE OF INDIANA, THE STATE OF MARYLAND, THE COMMONWEALTH OF MASSACHUSETTS, THE STATE OF NEW JERSEY, THE STATE OF NEW YORK, THE STATE OF OKLAHOMA, THE STATE OF TEXAS, THE COMMONWEALTH OF VIRGINIA, AND THE DISTRICT OF COLUMBIA, *ex rel.* SWFC LLC,

   Plaintiffs,

   v.

STIMWAVE TECHNOLOGIES, INC., STIMWAVE LLC, AND LAURA TYLER PERRYMAN,

   Defendants.

18 Civ. 4599 (GBD)

**ORDER**

---

WHEREAS, by notice dated November 10, 2022, the United States of America (the "Government") partially intervened in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(2) and (4);

IT IS HEREBY ORDERED that:

1. The seal shall be lifted as to this Order and any matter occurring in this action after the date of entry of this order.

2. All previously filed documents in this action shall remain under seal and not be made public, except for the Government's Notice of Election to Partially Intervene and the Relator's Complaint, dated May 23, 2018.

3. Within 30 days from the date of this Order, Relator shall file a notice of dismissal pursuant to Rule 41(a) of the Federal Rules of Civil Procedure or serve the Relator's Complaint.

4. The Government shall file its complaint-in-intervention in this matter within 30 days of entry of this order.

Dated:  New York, New York
         March 0, 2023

_____
HON. GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE