UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
THE UNITED STATES OF AMERICA, THE STATE OF CALIFORNIA,
THE STATE OF COLORADO, THE STATE OF CONNECTICUT, THE
STATE OF FLORIDA, THE STATE OF ILLINOIS, THE STATE OF
INDIANA, THE STATE OF MARYLAND, THE COMMONWEALTH OF
MASSACHUSETTS, THE STATE OF NEW JERSEY, THE STATE OF
NEW YORK, THE STATE OF OKLAHOMA, THE STATE OF TEXAS,
THE COMMONWEALTH OF VIRGINIA, AND THE DISTRICT OF
COLUMBIA, *ex rel.* SWFC LLC,

                            Plaintiffs,

-against-

STIMWAVE TECHNOLOGIES, INC., STIMWAVE LLC,
AND LAURA TYLER PERRYMAN,

                            Defendants.

THE UNITED STATES OF AMERICA,

                            Plaintiff-Intervenor,

-against-

STIMWAVE TECHNOLOGIES, INC., *et al.*,

                            Defendants.
------------------------------------------------------------ x

ORDER

18 Civ. 4599

GEORGE B. DANIELS, United States District Judge:

      The Government's unopposed motion to stay civil proceedings, (*see* ECF No. 34), in the above-captioned case until the completion of the trial or other disposition in the parallel criminal case, *United States v. Perryman*, 23 Cr. 117 (S.D.N.Y.) (DLC), is GRANTED.

      The Clerk of Court is directed to stay this action and close the open motion at ECF No. 34.

Dated: June 27, 2023
       New York, New York

                                               SO ORDERED.

                                               *George B. Daniels*
                                                GEORGE B. DANIELS
                                               United States District Judge